# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2015 to 12/31/2015  
**Case Number: 15-20804 (ABA)**

Alan A. Baxter  
302 West Main Street  
Cape May Court House, NJ  08210

Monthly Payment: $200.00  
Payments / Month: 1  
Current Trustee Comp.: 7.30%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/02/2015 | $200.00 | 08/03/2015 | $200.00 | 09/02/2015 | $200.00 | 10/02/2015 | $200.00 |
| 11/02/2015 | $200.00 | 12/02/2015 | $200.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALAN A. BAXTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,060.00 | $1,116.60 | $1,943.40 | $931.20 |
| 1 | AARONS SALES & LEASE | 24 | $1,728.74 | $0.00 | $1,728.74 | $0.00 |
| 2 | AFNI, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN MEDICAL COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLANTIC MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BYL COLLECTION SERVICES LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPE MAY COUNTY - SPECIAL CIVIL PART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Cape Regional Medical Center | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ACCEPTANCE CORPORATION | 33 | $4,896.92 | $0.00 | $0.00 | $0.00 |
| 13 | DISH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FENTON & MCGARVEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HAMPTON HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $933.50 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | LAW OFFICES OF RANDALL S FUDGE AND ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TOWNSHIP OF MIDDLE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MORGAN BORNSTEIN & MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NCO FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | QUEST DIAGNISTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | RICKART COLLECTION SYSTEMES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | STATE OF NEW JERSEY | 33 | $1,460.45 | $0.00 | $0.00 | $0.00 |
| 29 | TATE & KIRLIN ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | UNITED STATES OF AMERICA | 24 | $3,700.00 | $0.00 | $3,700.00 | $0.00 |
| 31 | AMERICAN INFOSOURCE, LP | 33 | $272.26 | $0.00 | $0.00 | $0.00 |
| 32 | AMERICAN INFOSOURCE, LP | 33 | $424.49 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SEYMOUR WASSERSTRUM, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $418.24 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2015 | 60.00 | $200.00 |
| 07/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,200.00 |
| Total paid to creditors this period: | $931.20 |
| Undistributed Funds on Hand: | $185.40 |
| Arrearages: | $0.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**