| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>Phone: 856-696-8300<br>Fax: 856-696-3586<br>mylawyer7@aol.com<br><br>In Re:<br><br>See Attached List | Case No.: See Attached<br><br>Chapter: See Attached<br><br>Judge: See Attached |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___John Amenhauser___ will be substituted as attorney of record for ___*See Attached List*___, ___Debtors___ in this case.[1]

Date: 12/1/2016

_____
Signature of Attorney

Date: 12/1/2016

_____
Signature of Substituted Attorney

*new.8/1/15*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|
| 10-13275-JNP | Georgette Carrasquillo | 13 | 02/04/10 | N/A | 12/04/15 |
| 10-16019-JNP | Natalie Loren Holland | 13 | 03/03/10 | N/A | 12/17/15 |
| 10-27476-ABA | Damon Murphy | 13 | 06/07/10 | N/A | 08/10/15 |
| 10-31248-JNP | Jose Nieto | 13 | 07/12/10 | N/A | 12/23/15 |
| 10-34525-JNP | David A Hendershott and Rebecca A Hendershott | 13 | 08/10/10 | N/A | 12/16/15 |
| 10-34702-CMG | Roberta M Still | 13 | 08/11/10 | N/A | 04/04/16 |
| 10-41488-JNP | King H Melton | 13 | 10/11/10 | N/A | 11/10/15 |
| 10-43185-JNP | Janice M Copper | 13 | 10/26/10 | N/A | 09/15/15 |
| 10-48637-JNP | Tanya N. Jackson | 13 | 12/15/10 | N/A | 04/07/16 |
| 11-20882-JNP | Bettyann Jones-Williams | 13 | 04/07/11 | N/A | 06/07/16 |
| 11-21399-ABA | Jeffrey Cross | 13 | 04/12/11 | N/A | 10/19/16 |
| 11-26982-JNP | Richard M Ecret and Renay A Ecret | 13 | 06/01/11 | N/A | N/A |
| 11-27292-ABA | Todd W Lafferty and Deneen Lafferty | 13 | 06/03/11 | N/A | N/A |
| 11-27776-ABA | Negola Gayle | 13 | 06/09/11 | N/A | 03/09/16 |
| 11-30039-ABA | George W. Kapuscinski | 13 | 07/01/11 | N/A | 10/19/16 |
| 11-33224-ABA | MaryAlice L Camburn | 13 | 08/03/11 | N/A | 10/07/16 |
| 11-37903-ABA | Eshe M Joyner | 13 | 09/23/11 | N/A | N/A |
| 11-40457-JNP | John Wangstrom, III and Minerva M Wangstrom | 13 | 10/21/11 | N/A | 06/13/16 |
| 11-40480-JNP | Dorothea A. Steward | 13 | 10/21/11 | N/A | N/A |
| 12-10061-ABA | John A Quarino and Debbie A. Quarino | 13 | 01/03/12 | N/A | 10/07/16 |
| | James L Madden and | | | | |

| Case Number | Debtor(s) | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| 12-15449-ABA | Patricia A Madden | 13 | 03/02/12 | N/A | N/A |
| 12-16769-ABA | Darryl E. Harvey and Kimberly S. Harvey | 7 | 03/16/12 | N/A | 08/12/16 |
| 12-19319-JNP | Charles W Deschler and Sharlene Deschler | 7 | 04/09/12 | N/A | 11/20/15 |
| 12-24232-ABA | James A Smith, Jr. | 13 | 06/01/12 | N/A | N/A |
| 12-24237-ABA | Richard A DeLouise and Patricia A DeLouise | 13 | 06/01/12 | N/A | N/A |
| 12-24374-ABA | Matthew C Connelly and Nicole L Connelly | 7 | 06/04/12 | N/A | 03/04/16 |
| 13-14477-JNP | Tiesea Fleming | 13 | 03/04/13 | N/A | 12/04/15 |
| 13-17047-JNP | Nikiya R Heggs | 13 | 04/02/13 | N/A | 01/06/16 |
| 13-19541-ABA | Quiana Y Brown | 7 | 05/01/13 | N/A | 05/13/16 |
| 13-20219-JNP | Linda C. Graves | 13 | 05/09/13 | N/A | N/A |
| 13-20344-ABA | Arthur White and Margaret White | 13 | 05/10/13 | N/A | N/A |
| 13-22311-JNP | Devany A Roberts | 13 | 06/03/13 | N/A | N/A |
| 13-24741-ABA | Carmen T Castillo De Casanova | 7 | 07/03/13 | N/A | 07/18/16 |
| 13-25455-KCF | Jose M Ortega | 13 | 07/15/13 | N/A | N/A |
| 13-27001-ABA | Elizabeth Villanueva | 7 | 08/01/13 | N/A | 06/23/16 |
| 13-27045-JNP | Agnieszka M Hazubska | 13 | 08/02/13 | N/A | N/A |
| 13-36931-ABA | Brandy S Thompson | 7 | 12/11/13 | N/A | 07/26/16 |
| 13-37052-ABA | William C Fischer and Denise E Fischer | 13 | 12/13/13 | N/A | N/A |
| 13-37408-ABA | Paul S Bary | 13 | 12/19/13 | N/A | N/A |
| 14-11903-ABA | Roberta J Evans | 13 | 02/03/14 | N/A | N/A |
| 14-11915-ABA | Dina L Bruno | 13 | 02/03/14 | N/A | N/A |
| 14-12025-JNP | George St. John | 13 | 02/05/14 | N/A | 08/07/15 |
| 14-12633-ABA | Olajumoke O Akintunde and Olajumoke O Akintunde | 13 | 02/14/14 | N/A | 07/07/16 |
| 14-12750-JNP | William Hipkins | 13 | 02/18/14 | N/A | 09/28/16 |
| 14-12827-ABA | Joyce Jones | 7 | 02/19/14 | N/A | 07/17/15 |
| 14-12936-ABA | Darlene Clendaniel | 13 | 02/20/14 | N/A | 10/15/15 |
| 14-14606-ABA | Frank Rossell | 13 | 03/12/14 | N/A | 04/05/16 |

| Case Number | Debtor(s) | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| 14-15519-ABA | Darlene Lindsey | 13 | 03/24/14 | N/A | 04/05/16 |
| 14-15751-ABA | Evan M Washington and Kathy L Washington | 7 | 03/26/14 | N/A | 08/31/16 |
| 14-16680-JNP | Orlando Garcia-Lopez | 13 | 04/04/14 | N/A | N/A |
| 14-16709-JNP | Leonard Crawford | 13 | 04/04/14 | N/A | N/A |
| 14-16997-ABA | John E Torres and Evelyn Torres | 7 | 04/09/14 | N/A | N/A |
| 14-17218-ABA | Noreen Fears | 13 | 04/11/14 | N/A | N/A |
| 14-17357-ABA | Elizabeth B Davis | 13 | 04/15/14 | N/A | 06/13/16 |
| 14-19887-ABA | Kathleen A Johnson | 13 | 05/15/14 | N/A | 03/28/16 |
| 14-21446-ABA | Barbara A Neugent | 13 | 06/02/14 | N/A | N/A |
| 14-21452-JNP | Patrick D Fisher, Sr. | 13 | 06/02/14 | N/A | N/A |
| 14-21498-JNP | Kristin J Massi | 7 | 06/03/14 | N/A | 11/29/16 |
| 14-22563-JNP | Kevin T Young and Pamela D Young | 7 | 06/18/14 | N/A | 01/21/16 |
| 14-22925-ABA | Andrew Lee White | 13 | 06/24/14 | N/A | 02/09/16 |
| 14-22926-ABA | Deborah L Erwinski | 13 | 06/24/14 | N/A | 10/15/15 |
| 14-23901-JNP | Duranie N Burey | 13 | 07/07/14 | N/A | N/A |
| 14-24517-JNP | Neil A Sheppard, Jr. and Jennifer R Sheppard | 13 | 07/16/14 | N/A | N/A |
| 14-25911-ABA | Kenon T Street and Kenthy C Street | 13 | 08/01/14 | N/A | N/A |
| 14-25947-JNP | Jarvis D. Robinson and Evelyn E. Robinson | 13 | 08/01/14 | N/A | 04/06/16 |
| 14-26094-JNP | Anatoliy Broshchan | 13 | 08/05/14 | N/A | N/A |
| 14-27088-ABA | Rebecca Z Korvah | 13 | 08/19/14 | N/A | 11/03/15 |
| 14-28079-JNP | Ivette Roldan | 7 | 09/02/14 | N/A | 07/15/16 |
| 14-28114-ABA | Bambi Blount | 7 | 09/02/14 | N/A | 06/05/15 |
| 14-28545-JNP | Charles C. Bennett, Jr. | 13 | 09/09/14 | N/A | N/A |
| 14-29090-ABA | Fernando A Abag and Maria T Abag Paz | 13 | 09/18/14 | N/A | N/A |
| 14-30097-ABA | Ronald Burris | 13 | 10/01/14 | N/A | N/A |
| 14-30103-ABA | Kenneth L. Stanton and Sarah J. Stanton | 13 | 10/01/14 | N/A | N/A |
| 14-30600-JNP | William C Coffee | 7 | 10/08/14 | N/A | 07/27/15 |
| | Edward Geiger, Jr. and | | | | |

| Case Number | Debtor(s) | Chapter | Lead BK | Filed | Col6 | Col7 |
|---|---|---|---|---|---|---|
| 14-31682-JNP | Donna L. Varns | 7 | | 10/24/14 | N/A | N/A |
| 14-32417-JNP | Eric H Alexander and Marissa R Alexander | 13 | | 11/03/14 | N/A | N/A |
| 14-32422-ABA | Allen Toney, Jr. and Lisa A Feliciano-Toney | 13 | | 11/03/14 | N/A | N/A |
| 14-32575-JNP | Melanie D Loatman | 13 | | 11/05/14 | N/A | 11/20/15 |
| 14-32674-JKS | Jean M Iacovelli | 13 | | 11/06/14 | N/A | 12/07/15 |
| 14-33586-ABA | Dennis J Lasassa, Jr. | 13 | | 11/20/14 | N/A | 03/08/16 |
| 14-34275-ABA | David J. Carlaw | 13 | | 12/01/14 | N/A | N/A |
| 14-34276-JNP | Will W Dennis | 7 | | 12/01/14 | N/A | 06/16/16 |
| 14-34299-ABA | Melissa A Dodson | 13 | | 12/01/14 | N/A | 09/02/16 |
| 14-34621-ABA | Thomas L Bragg | 7 | | 12/05/14 | N/A | 02/19/16 |
| 14-34731-ABA | Mark R Goodson and Dawn S Goodson | 13 | | 12/08/14 | N/A | N/A |
| 14-34900-JNP | Kimberly M Davis | 7 | | 12/10/14 | N/A | N/A |
| 14-35126-JNP | Lena P Todd | 13 | | 12/15/14 | N/A | 12/08/15 |
| 14-35174-ABA | Lisa M Ortiz | 13 | | 12/16/14 | N/A | N/A |
| 14-35177-JNP | Jennifer L Rivera-Brown | 13 | | 12/16/14 | N/A | 02/08/16 |
| 15-02327-JNP | Andrew Sklar, Trustee v. Bles | *Lead BK:* 15-21016-JNP Donna M Sprauer | | 11/02/15 | N/A | 10/04/16 |
| 15-02417-ABA | Collins v. Direct SVC System | *Lead BK:* 15-13792-ABA Magdalena Collins | | 11/13/15 | N/A | 01/04/16 |
| 15-10079-ABA | Maria A Faichney | 13 | | 01/05/15 | N/A | N/A |
| 15-10167-JNP | Melania Mercedes-Concepcion | 13 | | 01/06/15 | N/A | N/A |
| 15-10229-ABA | Linda D Watkins | 13 | | 01/07/15 | N/A | 10/29/15 |
| 15-11175-JNP | Carmen L Couse | 7 | | 01/22/15 | N/A | 09/20/16 |
| 15-11381-ABA | Tyrone C Still and Christine M Still | 13 | | 01/27/15 | N/A | 09/24/15 |
| 15-11901-ABA | Antoine L Nelson and Monica S Nelson | 13 | | 02/03/15 | N/A | N/A |
| 15-12806-ABA | Carl E Bradford and Alison L Bradford | 13 | | 02/19/15 | N/A | N/A |
| 15-13589-JNP | Mary J Poe | 13 | | 03/02/15 | N/A | N/A |
| 15-13591-ABA | Jennifer L Krout | 13 | | 03/02/15 | N/A | N/A |

| Case Number | Debtor(s) | Chapter | Filed | Col2 | Closed |
|---|---|---|---|---|---|
| 15-13594-JNP | Emmett R King | 13 | 03/02/15 | N/A | N/A |
| 15-13602-ABA | Rosa J. Tirado | 13 | 03/02/15 | N/A | N/A |
| 15-13655-ABA | Sharon L Stone | 13 | 03/02/15 | N/A | N/A |
| 15-13803-ABA | Vincent D Walters | 13 | 03/04/15 | N/A | N/A |
| 15-13986-JNP | Michelle M. Marin | 13 | 03/06/15 | N/A | N/A |
| 15-14039-JNP | Joseph W Kinsinger and Marian Kinsinger | 13 | 03/09/15 | N/A | N/A |
| 15-14040-ABA | Brian A. Burns | 13 | 03/09/15 | N/A | N/A |
| 15-14325-ABA | Michelle L Sutton | 13 | 03/12/15 | N/A | 04/14/16 |
| 15-14556-ABA | Patricia M Ratcliff | 13 | 03/16/15 | N/A | 09/24/15 |
| 15-14594-ABA | Iola C Holmes | 13 | 03/17/15 | N/A | N/A |
| 15-14635-ABA | Marilyn Cooper | 13 | 03/17/15 | N/A | N/A |
| 15-14723-JNP | Lorraine S Bagby | 13 | 03/18/15 | N/A | 06/16/16 |
| 15-14840-ABA | Lawrence Sanders and Louvenia J Sanders | 13 | 03/19/15 | N/A | N/A |
| 15-15260-JNP | Michael Joseph Inferrera | 13 | 03/25/15 | N/A | 05/05/16 |
| 15-16104-ABA | Tracy L Hassett | 13 | 04/03/15 | N/A | N/A |
| 15-16240-JNP | Richard C. Sherry, Jr. | 13 | 04/07/15 | N/A | N/A |
| 15-16629-JNP | Randal Darryl Davis | 13 | 04/13/15 | N/A | 08/07/15 |
| 15-16887-JNP | John P Donahue | 13 | 04/16/15 | N/A | 12/04/15 |
| 15-17028-JNP | Brenda E Garcia | 7 | 04/17/15 | N/A | 07/07/16 |
| 15-17197-ABA | Nancy P. Hiles | 13 | 04/21/15 | N/A | N/A |
| 15-17243-ABA | Lashawn L Willis | 13 | 04/21/15 | N/A | 11/03/15 |
| 15-18202-ABA | Timothy J Fingerhut and Chelsea L. Fingerhut | 13 | 05/01/15 | N/A | 04/05/16 |
| 15-18272-ABA | Alfred M Smith | 13 | 05/01/15 | N/A | 01/06/16 |
| 15-18343-ABA | Richard A. Lampkin | 7 | 05/04/15 | N/A | 08/24/15 |
| 15-18423-JNP | Mark Delcher | 13 | 05/05/15 | N/A | 12/08/15 |
| 15-18426-JNP | Lisa M Clement | 13 | 05/05/15 | N/A | N/A |
| 15-18438-ABA | Larissa J Macaluso | 13 | 05/05/15 | N/A | N/A |
| 15-18447-ABA | Anisa R King | 13 | 05/05/15 | N/A | N/A |
| 15-18455-JNP | Stephen C. Hoffman and Barbara A. Hoffman | 13 | 05/05/15 | N/A | 02/10/16 |
| | Harold Rumph and | | | | |

| Case Number | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 15-18984-JNP | Lawrencene P Rumph | 13 | 05/13/15 | N/A | N/A |
| 15-19304-JNP | Dana Marie Carter | 13 | 05/18/15 | N/A | N/A |
| 15-19358-ABA | James A Trimiar and Christina D Trimiar | 13 | 05/19/15 | N/A | N/A |
| 15-19361-JNP | Leo Strazzeri | 13 | 05/19/15 | N/A | 09/04/15 |
| 15-19499-JNP | Freddie Amarro and Amagaly Amarro | 13 | 05/20/15 | N/A | N/A |
| 15-19573-ABA | Vincent R High | 13 | 05/21/15 | N/A | N/A |
| 15-19607-JNP | Dawn M Monzo | 13 | 05/21/15 | N/A | 05/05/16 |
| 15-19616-JNP | John Romero | 7 | 05/21/15 | N/A | 08/28/15 |
| 15-19639-ABA | Corey L Holland and Taneta A Mason-Holland | 13 | 05/21/15 | N/A | 05/06/16 |
| 15-19690-ABA | Willie J. Moye | 13 | 05/22/15 | N/A | 10/13/15 |
| 15-20293-ABA | Christopher A Pote and Susan E Pote | 13 | 06/01/15 | N/A | N/A |
| 15-20372-ABA | Leon Segers, Jr and Therese A Segers | 13 | 06/02/15 | N/A | 07/07/16 |
| 15-20441-JNP | Christina M Kuzmicz | 13 | 06/03/15 | N/A | N/A |
| 15-20518-ABA | Bert R Heritage and Valerie L Heritage | 7 | 06/04/15 | N/A | N/A |
| 15-20777-JNP | Allen E Bisch, Sr. | 7 | 06/08/15 | N/A | N/A |
| 15-20804-ABA | Alan A Baxter | 13 | 06/09/15 | N/A | N/A |
| 15-20808-JNP | John F Bryant, Jr | 13 | 06/09/15 | N/A | N/A |
| 15-20912-ABA | Edward H Dupper | 7 | 06/10/15 | N/A | 12/10/15 |
| 15-20919-ABA | Kristin L Dellavecchia | 13 | 06/10/15 | N/A | N/A |
| 15-21348-JNP | Christopher M. Milam | 13 | 06/17/15 | N/A | N/A |
| 15-21534-ABA | Edward J McNamara and Jessica McNamara | 13 | 06/19/15 | N/A | 07/08/16 |
| 15-21668-ABA | Michele Sherfey | 13 | 06/22/15 | N/A | 06/10/16 |
| 15-21884-ABA | Robert C Cooper | 13 | 06/25/15 | N/A | N/A |
| 15-22341-JNP | Bertina Wilson | 7 | 06/30/15 | N/A | 10/21/15 |
| 15-22440-ABA | Luis R Charriez | 7 | 07/01/15 | N/A | 05/26/16 |
| 15-22455-JNP | Nicole Ciccio | 13 | 07/01/15 | N/A | N/A |
| 15-22458-JNP | Rock B Luciano | 13 | 07/01/15 | N/A | 07/25/16 |
| 15-22485-JNP | David B Mikus, Sr. | 13 | 07/01/15 | N/A | 07/07/16 |

| Case Number | Debtor(s) | Chapter | Filed | | Closed |
|---|---|---|---|---|---|
| 15-22525-ABA | Edward J Desantis, Jr. and Rita L Desantis | 7 | 07/02/15 | N/A | 10/19/15 |
| 15-22661-ABA | Earl E Errickson and Shelly L Errickson | 7 | 07/06/15 | N/A | 01/19/16 |
| 15-22869-JNP | Sally M Hill | 13 | 07/09/15 | N/A | N/A |
| 15-22996-JNP | Americo Muniz and Wanda Muniz | 7 | 07/10/15 | N/A | 10/19/15 |
| 15-22998-JNP | Yadira Morales and Adalberto Morales | 7 | 07/10/15 | N/A | 10/19/15 |
| 15-23001-ABA | Donna M Cobbs | 7 | 07/10/15 | N/A | 10/16/15 |
| 15-23450-ABA | Audrey M Weldon | 7 | 07/17/15 | N/A | N/A |
| 15-23527-ABA | Mark A. Brown and Mileva C. Brown | 7 | 07/17/15 | N/A | N/A |
| 15-23626-JNP | Tracey L Elliot | 13 | 07/21/15 | N/A | N/A |
| 15-23840-ABA | Stephanie Zanni | 13 | 07/23/15 | N/A | 03/10/16 |
| 15-23967-ABA | Nancy David | 7 | 07/24/15 | N/A | 11/06/15 |
| 15-24091-ABA | Mary Ellen Tillmon | 13 | 07/28/15 | N/A | 03/28/16 |
| 15-24310-JNP | Frank T. Sedio Jr. and Marlene J Sedio | 7 | 07/30/15 | N/A | 11/17/15 |
| 15-24625-ABA | Donyea M. Kummer | 13 | 08/03/15 | N/A | 05/05/16 |
| 15-24873-JNP | Charles V Marrero and Ashley T Marrero | 7 | 08/06/15 | N/A | 11/13/15 |
| 15-24931-ABA | Joseph R Fernandez and Kimmy T Fernandez | 13 | 08/07/15 | N/A | N/A |
| 15-24941-ABA | James Marshina | 13 | 08/07/15 | N/A | 09/14/16 |
| 15-25583-ABA | Deborah L. Erwinski | 13 | 08/18/15 | N/A | 04/05/16 |
| 15-25584-ABA | Joseph P Melchiorre | 13 | 08/18/15 | N/A | N/A |
| 15-26042-ABA | Lolitha L. Glenn | 13 | 08/26/15 | N/A | N/A |
| 15-26105-JNP | Paul F. Amenhauser and Patricia J. Amenhauser | 13 | 08/26/15 | N/A | N/A |
| 15-26595-JNP | Toshena L. Griffin | 13 | 09/01/15 | N/A | 02/09/16 |
| 15-26599-ABA | Jose D. Terron | 13 | 09/01/15 | N/A | N/A |
| 15-26604-JNP | Brenda J. Harvey | 13 | 09/01/15 | N/A | N/A |
| 15-26607-JNP | Leonides Colon | 13 | 09/01/15 | N/A | 02/08/16 |
| 15-26608-JNP | Linda Leclerc-Rodriguez | 13 | 09/01/15 | N/A | N/A |
| 15-26622-ABA | Aimee C. Whildin | 13 | 09/01/15 | N/A | 09/27/16 |

| Case Number | Debtor(s) | Chapter | Filed | | Discharged |
|---|---|---|---|---|---|
| 15-26652-ABA | Robbie L. Codner | 13 | 09/01/15 | N/A | 06/27/16 |
| 15-26874-JNP | Katharine A Paris | 7 | 09/04/15 | N/A | N/A |
| 15-26997-ABA | Mark S Hoffman | 13 | 09/09/15 | N/A | N/A |
| 15-27073-ABA | Chita Jackson | 13 | 09/10/15 | N/A | 02/08/16 |
| 15-27105-JNP | Darryl F Thomas and Laura A Thomas | 13 | 09/10/15 | N/A | N/A |
| 15-27193-ABA | Rodney N. Paige | 13 | 09/11/15 | N/A | 01/12/16 |
| 15-27199-ABA | Geraldine Langley | 13 | 09/11/15 | N/A | N/A |
| 15-27289-ABA | Veronica D. Moody | 13 | 09/14/15 | N/A | N/A |
| 15-27296-ABA | Peter Poplawski and Sophia G Poplawski | 7 | 09/14/15 | N/A | 12/28/15 |
| 15-27322-ABA | James B. Smaniotto and Kathleen Smaniotto | 13 | 09/15/15 | N/A | N/A |
| 15-27515-ABA | Alphonso L Young and Stephanie M Young | 13 | 09/17/15 | N/A | N/A |
| 15-27610-ABA | Rebecca Rodriguez | 7 | 09/18/15 | N/A | 03/18/16 |
| 15-27695-JNP | Jessica Gonzalez | 7 | 09/21/15 | N/A | 07/21/16 |
| 15-27920-JNP | John P Donahue | 13 | 09/23/15 | N/A | N/A |
| 15-28239-JNP | Eligio Rodriguez | 13 | 09/29/15 | N/A | N/A |
| 15-28321-JNP | Juan Ramil T Lopinac and Michelle L Lopinac | 7 | 09/30/15 | N/A | 08/03/16 |
| 15-28523-MBK | Denise A. Frith-Williams | 13 | 10/01/15 | N/A | 02/10/16 |
| 15-28528-JNP | Margaret A Hughes | 7 | 10/01/15 | N/A | N/A |
| 15-28532-JNP | Angela A. Haile | 13 | 10/01/15 | N/A | N/A |
| 15-28535-JNP | Gregory R. Thames and Margaret M. Palmer-Thames | 13 | 10/01/15 | N/A | 11/29/16 |
| 15-28565-JNP | Ulysses Rodriguez, Sr. and Mailyn R. Tirado-Cortes | 13 | 10/01/15 | N/A | N/A |
| 15-28665-JNP | Eunice Polanco | 7 | 10/02/15 | N/A | 01/08/16 |
| 15-28959-JNP | Henrietta Prout and Lawrence Harris, Jr. | 13 | 10/07/15 | N/A | N/A |
| 15-29224-ABA | Michael J Lapsley and Kim M Lapsley | 7 | 10/12/15 | N/A | 09/09/16 |
| 15-29304-JNP | Glenda M Ledbetter | 13 | 10/13/15 | N/A | 03/28/16 |
| 15-29940-JNP | Kairi S Bissessar | 13 | 10/23/15 | N/A | 08/17/16 |

| Case Number | Debtor(s) | Chapter | Filed | | Discharged |
|---|---|---|---|---|---|
| 15-30086-ABA | Michael Messeck | 7 | 10/26/15 | N/A | 07/26/16 |
| 15-30089-ABA | Lester E. Hart, Sr. | 13 | 10/26/15 | N/A | N/A |
| 15-30333-ABA | Deborah M. Zane | 7 | 10/29/15 | N/A | 02/05/16 |
| 15-30339-ABA | Noemi Toro | 7 | 10/29/15 | N/A | 02/17/16 |
| 15-30340-ABA | David B. Moseley | 7 | 10/29/15 | N/A | 02/11/16 |
| 15-30341-JNP | Lawrence E. Cox and Joan L. Cox | 7 | 10/29/15 | N/A | 02/11/16 |
| 15-30722-JNP | Jerry F. Carlamere | 13 | 11/03/15 | N/A | N/A |
| 15-30726-JNP | Maria T. Gonzalez | 13 | 11/03/15 | N/A | N/A |
| 15-30732-ABA | Mark Gibbons, Jr. | 13 | 11/03/15 | N/A | N/A |
| 15-30738-ABA | Kathy S. Platt | 13 | 11/03/15 | N/A | 08/08/16 |
| 15-30742-JNP | Javon L Pierce and Leslie A Pierce | 13 | 11/03/15 | N/A | N/A |
| 15-30746-JNP | Thomas K Connelly and Betty Jean Andrews-Connelly | 13 | 11/03/15 | N/A | N/A |
| 15-31094-JNP | Paul D. Howarth and Michele M. Howarth | 7 | 11/09/15 | N/A | 05/12/16 |
| 15-31098-JNP | Patricia H. Chalow | 7 | 11/09/15 | N/A | 02/23/16 |
| 15-31179-ABA | Andrew L. White | 13 | 11/10/15 | N/A | 05/06/16 |
| 15-31180-JNP | Robert D. Pustizzi and Stephanie A. Pustizzi | 13 | 11/10/15 | N/A | N/A |
| 15-31185-JNP | Charles Powers | 13 | 11/10/15 | N/A | 10/18/16 |
| 15-31219-ABA | Jose L Negron | 7 | 11/10/15 | N/A | 03/17/16 |
| 15-31220-ABA | Miriam Maisonave | 7 | 11/10/15 | N/A | 02/26/16 |
| 15-31793-JNP | David L. Tucker and Karen A. Tucker | 7 | 11/19/15 | N/A | 07/12/16 |
| 15-31994-JNP | Richard A Zak | 13 | 11/23/15 | N/A | N/A |
| 15-31998-JNP | Jamie D Cheeseborough | 13 | 11/23/15 | N/A | N/A |
| 15-32058-ABA | John R. Rhodes | 13 | 11/24/15 | N/A | N/A |
| 15-32076-JNP | Eric S Lawson | 13 | 11/24/15 | N/A | N/A |
| 15-32125-ABA | Robin G Reaves | 13 | 11/24/15 | N/A | 05/05/16 |
| 15-32276-JNP | Dianna L Johnson | 7 | 11/25/15 | N/A | 03/18/16 |
| 15-32622-JNP | Julia S. Southard | 13 | 12/01/15 | N/A | N/A |
| 15-32624-JNP | Danielle M. Raebiger | 13 | 12/01/15 | N/A | N/A |

| Case Number | Debtor(s) | Chapter | Filed | | Discharged |
|---|---|---|---|---|---|
| 15-32775-JNP | Rafia Y Abro | 13 | 12/03/15 | N/A | N/A |
| 15-32805-JNP | Guillermo Castellanos | 7 | 12/03/15 | N/A | 03/24/16 |
| 15-32812-JNP | Tainialy Ortiz | 7 | 12/03/15 | N/A | 03/24/16 |
| 15-32814-ABA | Martin P. Kuhn and Tammy I Kuhn | 7 | 12/03/15 | N/A | 04/05/16 |
| 15-32817-ABA | John Bara and Andrea K. Bara | 7 | 12/03/15 | N/A | 04/14/16 |
| 15-32880-ABA | Angel Colon, Jr. and Leonides Colon | 7 | 12/04/15 | N/A | 05/23/16 |
| 15-33578-JNP | Rafael Perez, Jr. and Mildred Perez | 7 | 12/18/15 | N/A | 04/13/16 |
| 16-10384-ABA | Katina M. Smith | 13 | 01/08/16 | N/A | N/A |
| 16-10397-JNP | Annette M. Franceschi | 7 | 01/08/16 | N/A | 05/19/16 |
| 16-10399-JNP | James Bonnette, Jr. | 7 | 01/08/16 | N/A | 07/05/16 |
| 16-10516-ABA | Steven Gonzalez | 13 | 01/12/16 | N/A | N/A |
| 16-10575-ABA | Taira R. Williams | 13 | 01/13/16 | N/A | 05/23/16 |
| 16-10770-JNP | Douglas L Carroll | 13 | 01/15/16 | N/A | N/A |
| 16-10850-JNP | John W. Shelton, III | 7 | 01/18/16 | N/A | 05/10/16 |
| 16-10852-ABA | Catherine M. Cannon | 7 | 01/18/16 | N/A | 05/06/16 |
| 16-11291-JNP | Cynthia P. Mixson | 7 | 01/26/16 | N/A | 05/20/16 |
| 16-11637-ABA | John Moore | 7 | 01/29/16 | N/A | 04/29/16 |
| 16-11639-JNP | Christopher M. Latorre | 7 | 01/29/16 | N/A | 06/07/16 |
| 16-11802-ABA | David A. Ippolito | 13 | 02/01/16 | N/A | N/A |
| 16-11990-JNP | David R. Mauroff | 13 | 02/03/16 | N/A | N/A |
| 16-12044-ABA | Timothy J Fingerhut and Chelsea L. Fingerhut | 13 | 02/04/16 | N/A | N/A |
| 16-12101-ABA | Carles F Shaw, III | 13 | 02/05/16 | N/A | N/A |
| 16-12109-JNP | Pardeep Singh | 7 | 02/05/16 | N/A | 05/31/16 |
| 16-12309-ABA | Frank J. Pastuch | 7 | 02/09/16 | N/A | N/A |
| 16-12747-JNP | Robert R. Madara and Darlene F. Madara | 13 | 02/17/16 | N/A | N/A |
| 16-12751-ABA | Samuel L. Carter, Sr. | 13 | 02/17/16 | N/A | 07/07/16 |
| 16-12753-ABA | Mary D Wilson | 13 | 02/17/16 | N/A | 11/04/16 |
| 16-12817-JNP | Larry W Wilson | 7 | 02/17/16 | N/A | 05/20/16 |
| | George A Kilian, Jr and | | | | |

| Case Number | Name | Chapter | Filed | | Discharged |
|---|---|---|---|---|---|
| 16-13187-ABA | Catherine B Cain | 13 | 02/23/16 | N/A | N/A |
| 16-13246-ABA | Negola Gayle | 13 | 02/23/16 | N/A | N/A |
| 16-13406-ABA | Anna Matos | 7 | 02/26/16 | N/A | 06/23/16 |
| 16-14066-JNP | Joelle P Moore | 13 | 03/04/16 | N/A | 07/11/16 |
| 16-14693-JNP | Nicholas F Burgo | 13 | 03/14/16 | N/A | N/A |
| 16-15119-ABA | Carol A. Garrison | 7 | 03/18/16 | N/A | 07/06/16 |
| 16-16086-JNP | William Hozeny | 7 | 03/31/16 | N/A | 07/19/16 |
| 16-16374-JNP | Jvonna E Bard | 13 | 04/01/16 | N/A | N/A |
| 16-16375-ABA | Stanley D Atkinson, Jr. | 13 | 04/01/16 | N/A | N/A |
| 16-16383-JNP | Emmett R Wood, III | 13 | 04/01/16 | N/A | N/A |
| 16-17034-ABA | Neil Wright and Patricia M. Wright | 7 | 04/12/16 | N/A | 07/29/16 |
| 16-21224-JNP | Rosita Saez | 13 | 06/09/16 | N/A | N/A |
| 16-25803-JNP | Susan H Patrick | 7 | 08/17/16 | N/A | N/A |
| 16-27141-JNP | Balam Turner | 7 | 09/06/16 | N/A | N/A |